UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: 8:18-cv-02161-PSG-MAA | Date: February 25, 2021 |
| Title: Perez v. Robertson | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause re: Petitioner's Failure to File Status Report

On March 8, 2019, the Court issued an order granting Petitioner's motion for a *Rhines* stay and ordered Petitioner to file a status report every 60 days, providing the Court with an update on the progress of his habeas petition in the California courts. (ECF No. 13.) Over 60 days have elapsed since Petitioner's last status report was filed on December 7, 2020. (*See* ECF No. 29.)

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than **March 29, 2021** why the Court should not dismiss this action without prejudice for failure to prosecute and failure to comply with the Court's March 8, 2019 Order. Alternatively, Petitioner may discharge this Order to Show Cause by filing the requisite status report.

**Petitioner's failure to timely comply with this Order to Show Cause will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to follow court orders.**

It is so ordered.