# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ABEL PEREZ, JR.

Petitioner,

v.

BRIAN ALLO, Acting Warden,

Respondent.

Case No. 8:18-cv-02161-HDV-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed written objections to the report. Having considered Petitioner's objections, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action with prejudice.

DATE: 08/17/26

HON. HERNAN D. VERA
UNITED STATES DISTRICT JUDGE