JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ABEL PEREZ, JR.

Petitioner,

v.

BRIAN ALLO, Acting Warden,

Respondent.

Case No. 8:18-cv-02161-HDV-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed with prejudice.

DATE: 8/17/26

HON. HERNAN D. VERA
UNITED STATES DISTRICT JUDGE